JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

Marcus A. Mitchell

## DEFENDANTS

Experian Information Solutions, Inc., a Ohio corporation; Trans Union LLC, a Delaware corporation; and Alameda County

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

Alameda

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Mark F. Anderson, 044787
Kemnitzer, Anderson, Barron, Ogilvie & Brewer, LLP,
445 Bush Street, 6th Floor, San Francisco, CA 94108
(415) 861-2265

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | | ☐ 892 Economic Stabilization Act |
| | | | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | 26 USC 7609 | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - | | ☐ 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Fair Credit Reporting Act, 15 U.S.C. 1681 et seq.

Brief description of cause:
Failure to Reinvestigate Disputed Information; Violation of the Fair Credit Reporting Act - Failure to Reinvestigate

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ TBD

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☒ SAN FRANCISCO/OAKLAND ☐ SAN JOSE

DATE
September 22, 2008

SIGNATURE OF ATTORNEY OF RECORD

KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
Mark F. Anderson (SBN 44787)
445 Bush Street, 6th Floor
San Francisco, CA 94108
Tel:    (415) 861-2265
Fax:    (415) 861-3151
Email: mark@kabolaw.com

Attorneys for Plaintiff Marcus A. Mitchell

**FILED**

SEP 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Marcus A. Mitchell, | ) | Case No. C08-04450 EDL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | COMPLAINT |
| | ) | |
| EXPERIAN INFORMATION | ) | ADR |
| SOLUTIONS, INC., a Ohio corporation, | ) | and |
| TRANS UNION LLC, a Delaware | ) | |
| corporation, and | ) | |
| ALAMEDA COUNTY, | ) | JURY TRIAL DEMAND |
| | ) | |
| Defendants. | ) | BY FAX |
| | ) | |

GO 44 SEC. N
NOTICE OF ASSIGNMENT TO MAGISTRATE JUDGE SENT

1.    This case arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C.

§1681 *et seq.*

**PARTIES**

2.    Plaintiff Marcus A. Mitchell is a "consumer" as defined by 15 U.S.C. §

1   1681a(c). Plaintiff resides in the Alameda County and is a resident of Oakland, California.

2   3.   Defendant Experian Information Solutions, Inc. ("Experian") is a "consumer

3   reporting agency that compiles and maintains files on consumers on a nationwide basis" as

4   defined in 15 U.S.C. §§ 1681a (f) and (p).

5   4.   Defendant Trans Union LLC ("Trans Union") is a "consumer reporting

6   agency that compiles and maintains files on consumers on a nationwide basis" as defined in

7   15 U.S.C. §§ 1681a (f) and (p).

8   5.   Defendant Alameda County's Department of Child Support Services

9   enforces court orders for child support

10

11                              **JURISDICTION**

12  6.   This court has jurisdiction under 28 U.S.C. § 1331. Defendants were

13  authorized to and have been doing business within this district at all relevant times.

14                                 **VENUE**

15  7.   The activities alleged herein occurred within this district and local venue is

16  proper since the activities arose within Alameda County, California.

17                                 **FACTS**

18  8.   Beginning in 1992, plaintiff became obligated to pay child support payments

19  to Alameda County for the benefit of daughter, which payments were to be transferred to his

20  daughter's mother.

21  9.   From 1992 to date, plaintiff made timely payments to Alameda County for

22  the child support payments through an automatic payroll deduction.

23  10.   California Family Code Section 4701 requires the California Department of

24  Social Services to administer an automated system for the reporting of court-ordered child

25  support obligations to credit reporting agencies.

26  11.   For reasons, unknown to plaintiff, from at least October 2007 to date, the

Complaint—*Marcus A. Mitchell v Experian, et al*                                    2

1 | defendant credit reporting agencies have reported that plaintiff was over 90 days late in
2 | making payments on multiple occasions

3 | 12. Plaintiff sent defendants Experian and Trans Union letters disputing the
4 | accuracy of the described reports on December 6, 2007; February 29, 2008; and July 2,
5 | 2008.

6 | **13.** Plaintiff is informed and believes that defendants Experian and Trans Union
7 | sent the Department of Child Support Services notifications that plaintiff was disputing
8 | whether his payments were ever late.

9 | **14.** Defendants Experian and Trans Union refused to correct the described
10 | inaccurate account information.

11 | **15.** Defendants Experian and Trans Union negligently and willfully failed to
12 | perform a reasonable reinvestigations as required by the FCRA.

13 | <center>**Damages**</center>

14 | **16.** Plaintiff has been damaged by defendants' refusal to correct and delete the
15 | inaccurate information on his credit reports.

16 | **17.** Plaintiff has been denied credit because of the inaccurate information in his
17 | credit reports.

18 | **18.** Plaintiff has suffered emotional distress as a legal result of defendants'
19 | violations of the FCRA.

20 | **First Claim for Relief—Against Defendants Experian and Trans Union for Failure to
21 | Reinvestigate Disputed Information**

22 | 19. Plaintiff realleges and incorporates ¶¶ 1-18.

23 | 20. After plaintiff disputed the account mentioned above, defendants Experian
24 | and Trans Union were required by 15 USC 1681i (A) to conduct a reasonable investigation
25 | and to delete any information that was not accurate. In doing so, defendants were required to
26 | send all relevant information to the furnisher, which they did not do.

Complaint—*Marcus A. Mitchell v Experian, et al* 3

21.     Defendants Experian and Trans Union negligently and willfully failed to conduct reasonable reinvestigations as required by the FCRA.

**Second Claim for Relief— Against Defendant Alameda County for Violation of the Fair Credit Reporting Act--Failure to Reinvestigate**

22.     Plaintiff realleges and incorporates ¶¶ 1-18.

23.     Defendants Experian and Trans Union provided notice to the defendant Alameda County that plaintiff was disputing the reporting of the information concerning the child support account.

24.     Defendant Alameda County violated section 1681s-2(b) of the FCRA by failing to conduct a reasonable investigation with respect to the disputed information and by failing to instruct defendants Experian and Trans Union to delete the tradeline from plaintiff's credit report since it was time-barred.

25.     On August 19, 2008, plaintiff presented a written claim to defendant Alameda County based on the facts alleged herein pursuant to the California Government Code.

26.     On September 10, 2008, defendant Alameda County sent notice that the claim was rejected by Operation of Law on that date.

**WHEREFORE**, plaintiff prays for judgment against defendants as follows:

1.     Actual damages;

2.     Statutory damages;

2.     Punitive damages;

3.     Attorneys fees, and

//

//

//

Complaint—*Marcus A. Mitchell v Experian, et al*                                        4

1    4.    Costs and expenses incurred in the action.

2    Dated: September 22, 2008.

3                KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP

4

5           By:
                    _____
6                        Mark F. Anderson
                         Attorneys for Plaintiff
7

8                          **DEMAND FOR JURY TRIAL**

9    Plaintiff demands a trial by jury on all issues.

10

11          By:
                    _____
12                       Mark F. Anderson
                         Attorney for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26