RECEIVED
NOV 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Marcus A. Mitchell,

        Plaintiff,

  v.

Experian Information Solutions, Inc., et al.

        Defendant.

CASE NO. 3:08-cv-04450-SI

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

William R. Brown, whose business address and telephone number is Schuckit & Associates, P.C., 10 W. Market Street, Suite 3000, Indianapolis, IN 46204, tel. 317-363-2400

and who is an active member in good standing of the bar of see attached

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

        /s/ Susan Illston

        United States District Judge

## Attachment to Application for Admission of Attorney *Pro Hac Vice* – William R. Brown

### Marcus A. Mitchell vs. Experian Information Solutions, Inc., *et al.*

**State Bar Admissions:**

    Indiana
    New Jersey

**Federal Bar Admissions:**

    U.S. District Court for the Northern District of Illinois (General Bar)
    U.S. District Court for the Northern District of Indiana
    U.S. District Court for the Southern District of Indiana
    U.S. District Court for the Eastern District of Kentucky
    U.S. District Court for the Western District of Kentucky
    U.S. District Court for the Eastern District of Michigan
    U.S. District Court for the Western District of Michigan
    U.S. District Court for the District of New Jersey
    U.S. District Court for the Northern District of Ohio

**Other:**

    U.S. Court of Appeals for the Sixth Circuit