IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCUS A. MITCHELL,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,

        Defendant.
                                 /

No. C 08-04450 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 10, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 1, 2009.

DESIGNATION OF EXPERTS: 6/16/09; REBUTTAL: 7/16/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 3, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by May 1, 2009;

    Opp. Due May 15, 2009;  Reply Due May 22, 2009;

    and set for hearing no later than June 5, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 1, 2009 at 3:30 PM.

JURY TRIAL DATE: September 14, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 3 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The court ordered mediation shall be completed by April 1, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                SUSAN ILLSTON
                                                United States District Judge