| | |
|---|---|
| 1 | Angela M. Taylor (State Bar No. 210425) |
| | angelataylor@jonesday.com |
| 2 | JONES DAY |
| | 3 Park Plaza, Suite 1100 |
| 3 | Irvine, CA 92614 |
| | Telephone: (949) 553-7549 |
| 4 | Facsimile: (949) 553-7539 |
| 5 | Attorneys for Defendant |
| | EXPERIAN INFORMATION SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS A. MITCHELL, | Case No. C08-04450-SI |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., a Ohio corporation, TRANS UNION LLC, a Delaware corporation, and ALAMEDA COUNTY, | |
| Defendants. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Defendant Experian Information Solutions, Inc. may participate in the scheduled March 16, 2009 mediation in this matter via telephone.

Dated: February __, 2009

By: *Susan Illston* (signature)
Hon. Susan Illston
Judge

LAI-3004283v1

[PROPOSED] ORDER