William R. Brown, Esq. (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: wbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Darya S. Druch, Esq. (CSB #135827)
One Kaiser Plaza, Suite 480
Oakland, CA 94612
Telephone: 510-465-1788
Fax: 510-874-7219
E-Mail: darya@daryalaw.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARCUS A. MITCHELL, <br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; <br> TRANS UNION LLC, a Delaware corporation; and ALAMEDA COUNTY; <br> Defendants. | 3:08-cv-04450-SI <br><br> ~~PROPOSED~~ ORDER GRANTING TRANS UNION'S REQUEST FOR CLIENT REPRESENTATIVE TO APPEAR TELEPHONICALLY AT MEDIATION |

Defendant Trans Union, LLC, ("Trans Union"), by counsel, having submitted its Request For Client Representative To Appear Telephonically At Mediation, AND THE COURT, having

Proposed Order Granting Trans Union's Request For Client Representative To Appear Telephonically At Mediation – 3:08-cv-04450-SI

Page 1 of 3

1 | been duly advised, NOW FINDS that the same should be granted.

2 |     IT IS, THEREFORE, ORDERED that Trans Union's client representative may appear by

3 | telephone at the scheduled March 16, 2009 mediation.

6 | DATE: 3/4/09

ADR MAGISTRATE JUDGE, United States District Court, Northern District of California

9 | Distribution To:

10 | Claudia M. Forehand, ADR Case Administrator
11 | United States District Court
Northern District of California
12 | ADR Program
450 Golden Gate Avenue, 16th Floor
13 | San Francisco, CA 94102

15 | Michael J. Timpane, Esq.
JAMS
Two Embarcadero Center
16 | Suite 1500
San Francisco, CA 94111

18 | Mark F. Anderson, Esq.
Kemnitzer Anderson Barron Ogilvie & Brewer LLP
19 | 445 Bush Street, 6th Floor
San Francisco, CA 94108

21 | Angela M. Taylor, Esq.
Jones Day
22 | 3 Park Plaza
Suite 1100
23 | Irvine, CA 92614

28 | Proposed Order Granting Trans Union's Request For Client Representative To Appear Telephonically At Mediation – 3:08-cv-04450-SI

1  Laura Schiesl, Esq.
   Jones Day
2  555 California Street
   26th Floor
3  San Francisco, CA 94104

4

5  Jill P. Sazama, Esq.
   Boornazian Jensen & Garthe
6  555 – 12th Street, Suite 1800
   P.O. Box 12925
7  Oakland, CA 94604-2925

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  Proposed Order Granting Trans Union's Request For Client Representative To Appear Telephonically At Mediation – 3:08-cv-04450-SI