KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
Mark F. Anderson (SBN 44787)
445 Bush Street, 6th Floor
San Francisco, CA 94108
Tel:   (415) 861-2265
Fax:   (415) 861-3151
Email: mark@kabolaw.com

Attorneys for Plaintiff Marcus Mitchell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al<br><br>Defendants. | Case No. 3:08-cv-04450-SI<br><br>ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AS AGAINST DEFENDANTS TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. & ALAMEDA COUNTY |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against remaining defendants TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and ALAMEDA COUNTY are dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1).

Dated: March ___, 2009.

_____
Judge of the U.S. District Court

Order for Dismissal of Claims in *Mitchell v Experian Info Solutions, Inc.*

1